UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Sheet Metal Local #10 Control Board Trust Fund;<br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>D.G. Solem & Sons, Inc.,<br>　　　　　　　Defendant. | Civil File No. 08-CV-05300 (PAM/RLE)<br><br><br>**ORDER FOR DISMISSAL** |

This matter is hereby dismissed without prejudice and without costs to either party.

IT IS SO ORDERED:

Dated: December 19, 2008　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　　　　The Honorable Paul A. Magnuson
　　　　　　　　　　　　　　　　　　United States District Court Judge